John M. Griffin, defendant in error, v. John C. Whiting, trading as Social Service Staff, plaintiff in error. Gen. No. 26,759.

Action for services at a salary and bonus. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed on remittitur. Opinion filed March 21, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Ogren & Wermuth, for plaintiff in error. Moses, Rosenthal & Kennedy, for defendant in error; Hirsch E. Soble and Herbert H. Kennedy, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Wilhelm Krupka, appellant, v. John Paluch, appellee. Gen. No. 26,781.

Suit on a judgment note, a previous judgment by confession having been opened for defense. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

Eugene Sullivan and Ernest Reniff, for appellant. Z. H. Kadow and Edward J. Herdlicka, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Englebert Blum, appellant, v. Claude D. Henderson, appellee. Gen. No. 26,802.

Action for damages for personal injuries sustained in a collision between defendant's automobile and plaintiff's wagon. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed March 21, 1922.

McCulloch, McCulloch & Dunbar, for appellant; Weightstill Woods, of counsel. Wilkerson, Cassels, Potter & Gilbert, for appellee; Ralph F. Potter, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Imex Corporation, appellee, v. A. Daigger & Company, appellant. Gen. No. 26,847.

Action based upon the sale and delivery of material to defendant. Judgment for plaintiff as of defendant after striking of affidavits of defense. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed March 21, 1922.

Lester L. Bauer, for appellant. Winters, Price & Stevens, for appellee; George M. Stevens and Melvin L. Griffith, of counsel.

Mr. Justice Barnes delivered the opinion of the court.